**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| RICHARD KLIAS, | : | |
| Plaintiff, | : | |
| vs. | : | 1:05-CV-109 (WLS) |
| GERALD C. DEAN, ET. AL., | : | |
| Defendant. | : | |

**ORDER**

Presently pending before the Court is Plaintiff's motion to amend the complaint to add a party. (Tab 34). Defendants have filed a response in which they do not oppose the motion. (Tab 39). For good cause shown, and there being no opposition from Defendants, Plaintiff's motion amend the complaint (Tab 34) is **GRANTED.**

**SO ORDERED**, this  23rd  day of December, 2005.

　　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**